# UNITED STATES DISTRICT COURT
## for the WESTERN DISTRICT of WASHINGTON

UNITED STATES of AMERICA,     )
)
             Plaintiff,    )
)
     vs.          )       **CR06-103 JPD**
)
FRANK HILLIARD,      )
)
           Defendant.   )      **MINUTE ORDER**

The following Minute Order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

At the request of the parties, the sentencing in the above entitled case is hereby continued from Thursday, June 15, 2006, to **Friday, August 4, 2006, at 1:30pm**.  The hearing will be conducted in Courtroom 12B, U.S. Courthouse, Seattle, Washington.

Dated this 2nd day of June , 2006

**/S/ PETER H. VOELKER**
Deputy Clerk

**MINUTE ORDER**