# UNITED STATES DISTRICT COURT
## for the WESTERN DISTRICT of WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **CR06-103 JPD** |
| FRANK BENTLEY HILLIARD V, ) | |
| ) | |
| Defendant. ) | **MINUTE ORDER** |

The following Minute Order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

The Court having reviewed the defendant's Motion to Reopen Detention Hearing (dkt #66), and the entire record, hereby DENIES the motion to reopen the detention hearing.

Dated this 6th day of September , 2006

/S/ PETER H. VOELKER
Deputy Clerk

**MINUTE ORDER**