JUDGE JAMES P. DONOHUE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                                                        )<br>                              Plaintiff, )<br>                                                        )<br>        v.                                            )<br>                                                        )<br>                                                        )<br> FRANK BENTLEY HILLIARD, V, )<br>                                                        )<br>                                                        )<br>                              Defendant. )<br>_____) | Case No.  CR06-0103JPD<br><br>ORDER UNSEALING<br>PLEA AGREEMENT |

The Court having reviewed the stipulated motion by the government and defendant FRANK BENTLEY HILLIARD, V,  to unseal the plea agreement in this matter, enters the following order:

IT IS HEREBY ORDERED that the plea agreement in this matter shall be unsealed for the purpose of providing discovery to those parties requiring copies of the plea agreement for trial preparation in case number CR06-106RSM.

DATED this 20th day of September, 2006.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

Presented by:

 /s Jill Otake
JILL OTAKE
Assistant United States Attorney
WA Bar # 28298

Order Unsealing Plea Agreement/
HILLIARD/CR06-0103JPD-1